DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REBECCA ROMERO,**
Appellant,

v.

**ADRIAN BRABHAM,**
Appellee.

No. 4D20-2743

[April 1, 2021]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 502015DR003902.

Rebecca Romero, Manalapan, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***